UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JASON ROMAN,

Defendant.

Case No. 1:26-cr-00115 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On August 20, 2026, Defendant Jason Roman ("Defendant") filed a motion to dismiss the one count the indictment charging him with illegal possession of ammunition after a felony conviction, in violation of 18 U.S.C. § 922(g)(1), arguing that the charge exceeds Congress's commerce clause authority. Dkt. 15 ("Br."). The Government filed its opposition to the motion on August 28, 2026. Dkt. 16 ("Opp."). Roman did not file a reply.

As the Government argues and Defendant acknowledges, the Second Circuit's decisions in *United States v. Santiago*, 238 F.3d 213 (2d Cir. 2001) (per curiam) and *United States v. Sorrentino*, 72 F.3d 294 (2d Cir. 1995) foreclose this motion. Br. at 3-4; Opp. at 3-4. Nonetheless, Defendant has filed the motion to preserve his argument for potential future appeals. Br. at 4.

This Court agrees that it is bound by the aforementioned Second Circuit precedent, and therefore denies the motion to dismiss the indictment. The Clerk of Court is respectfully requested to terminate the motion at Dkt. 15.

Dated: September 16, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge