UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

JASON ROMAN,

Defendant.

26-cr-00115 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The final pretrial conference previously scheduled for November 20, 2026 at 10:00 a.m. is rescheduled to **1:00 p.m. on November 20, 2026**.

Dated: November 10, 2026
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge