UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

JASON ROMAN,

Defendant.

26-cr-00115 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The final pretrial conference previously scheduled for November 20, 2026 at 1:00 p.m. is rescheduled to **Monday, November 23, 2026 at 2:30 p.m.**

Dated: November 18, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge